UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDSAY BABIARZ,

    Plaintiff,

v.

Case No. 21-cv-12376
Hon. Matthew F. Leitman

COUNTY OF WASHTENAW, *et al.*,

    Defendants.
_____/

### ORDER (1) GRANTING DEFENDANT COUNTY OF WASHTENAW'S MOTION TO DISMISS (ECF No. 26); (2) DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT (ECF No. 34); AND (3) TERMINATING DEFENDANT KENRIC MUKRDECHIAN'S MOTION TO DISMISS (ECF No. 30) WITHOUT PREJUDICE

On February 13, 2023, the Court held a status conference with the parties to address three pending motions. For the reasons explained on the record during that conference:

- Defendant County of Washtenaw's Motion to Dismiss (ECF No. 26) is **GRANTED.**

- Plaintiff Lindsay Babiarz's Motion for Leave to File a Third Amended Complaint (ECF No. 34) is **DENIED.**

- Defendant Kenrick Mukrdechian's Motion to Dismiss (ECF No. 30) is **TERMINATED WITHOUT PREJUDICE.** Defendant Mukrdechian shall

1

re-file his motion to dismiss by **February 27, 2023**. Plaintiff shall file her response by **March 20, 2023.** Defendant shall file a reply by **April 3, 2023.**

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman  
                                              MATTHEW F. LEITMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated: February 13, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan  
                                              Case Manager  
                                              (313) 234-5126