UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDSAY BABIARZ,

    Plaintiff,

v.

                                          Case No. 4:21-cv-12376
                                          Hon. Matthew F. Leitman

KENRIC MUKRDECHIAN,

    Defendant.

_____/

## ORDER TERMINATING WITHOUT PREJUDICE DEFENDANT, KENRIC MUKRDECHIAN'S RENEWED MOTION TO DISMISS PURSUANT TO F.R.CIV.P. 12(B)(6) (ECF NO. 46) AND GRANTING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT AGAINST DEFENDANT KENRIC MUKRDECHIAN.

On August 17, 2023, the Court held a hearing on Defendant, Kenric Mukrdechian's Renewed Motion to Dismiss Pursuant to F.R.Civ.P. 12(b)(6) (ECF No. 46). For the reasons stated on the record, **IT IS HEREBY ORDERED** that the motion is **TERMINATED WITHOUT PREJUDICE.** It is further ordered that Plaintiff is granted leave to file Third Amended Complaint against Defendant Kenric Mukrdechian. Plaintiff shall file this no later than **September 7, 2023**. Defendant shall respond no later than **October 5, 2023**.

    **IT IS SO ORDERED.**

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: August 17, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 17, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
