UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDSAY BABIARZ,

     Plaintiff,

                             Case No. 21-cv-12376

v.                             Hon. Matthew F. Leitman

KENRIC MUKRDECHIAN,

     Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART WITHOUT PREJUDICE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On June 16, 2025, the Court held a hearing on Defendant Kenric Mukrdechian's Motion for Summary Judgment (ECF No. 62). For the reasons stated on the record, **IT IS HEREBY ORDERED** that the motion is resolved as follows:

1. The motion is **GRANTED** to the extent it seeks summary judgment on Counts I (Eighth Amendment) and II (Fourteenth Amendment – Substantive Due Process) of the Third Amended Complaint.

2. The motion is **DENIED WITHOUT PREJUDICE** as to all other claims.

As stated on the record during the hearing, the Court will refer this action to the assigned Magistrate Judge for a settlement conference.  If the action is not settled, the Court will convene a status conference to discuss next steps.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 16, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 16, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126